UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KONSTANTIN NIKOLAEV | * | CIVIL ACTION |
| | * | NO. 16-17013 |
| VS. | * | SECTION: "J" |
| RAYMOND BALLARD, LLC "ALTERNATIVE," AND EUCLA INVESTMENTS LIMITED | * | JUDGE: BARBIER |
| | * | MAGISTRATE: |
| *   *   *   *   *   *   *   *   * | | DANIEL E. KNOWLES, III |

**RESPONSE TO CLERK OF COURT DIRECTIVES**

NOW INTO COURT, through undersigned counsel, come Defendants Eucla Investments Limited ("Eucla") and LLC "Alternative" ("Alternative"), who respectfully file Response to Clerk of Court Directives.

1.

Eucla and Alternative filed a Notice of Removal on December 9, 2016.

2.

On December 15, 2016, the Clerk of Court at the direction of the Court issued its Notice of Directives directing the removing party to respond and file certain information as more particularly set forth therein. *See Doc. No. 5.*

3.

That pursuant to that Notice of Directives, Eucla and Alternative submit the following responses:

(1)   A list of all parties still remaining in this action are:   Konstantin Nikolaev, Eucla Investments Limited, LLC "Alternative" and Raymond Ballard;

(2)   Copies of all pleadings, including answers, filed by those parties in state court: The only pleading filed in the state court was the original petition which was originally attached to the Notice of Removal but which is again attached as Exhibit "A".

(3)   Copies of the return of service of process on those parties filed in state court:   At the time of the removal no returns of service of process were filed in the state court record.

WHEREFORE, Eucla and Alternative pray that its Response to Clerk of Court Directives be deemed good and sufficient and that it be entitled to such other and further relief to which it may be entitled either in law or in equity.

Respectfully submitted,

**ADAMS AND REESE LLP**

/s/ *Robin B. Cheatham*
Robin B. Cheatham (#4004)
Scott R. Cheatham (#31658)
4500 One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
T (504) 585-0213
F (504)566-0210

*Attorneys for Defendants Eucla Investments*
*Limited and LLC "Alternative"*

## CERTIFICATE OF SERVICE

I do hereby certify that I have, on this 21st day of December 2016, served a copy of the foregoing pleading via the court's CM/ECF electronic filing system and/or by placing a copy in the United States Mail, properly addressed, and first class postage prepaid on the following:

- Robin Bryan Cheatham
  robin.cheatham@arlaw.com,vicki.owens@arlaw.com,mary.cuenca@arlaw.com
- Scott Robert Cheatham
  scott.cheatham@arlaw.com,laura.vanderpoel@arlaw.com
- James McClendon Williams
  jmw@chehardy.com,dmb@chehardy.com

Mr. Raymond Ballard
3554 Inwood Avenue
New Orleans, LA 70131

/s/Robin B. Cheatham
Robin B. Cheatham