## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Konstantin Nikolaev,** | * | **CIVIL ACTION NUMBER: 16-17013** |
| Plaintiff | * | SECTION: "J" (3) |
| versus | * | JUDGE CARL J. BARBIER |
| **Raymond Ballard, LLC "Alternative",** and **Eucla Investments Limited,** | * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| Defendants | * | |

### MOTION BY DEFENDANTS LLC "ALTERNATIVE" AND EUCLA INVESTMENTS LIMITED TO DISMISS PLAINTIFF'S PETITION PURSUANT TO RULES 12(b)(6), 9(b), AND 12(b)(5) OF THE FEDERAL RULES OF CIVIL PROCEDURE

NOW INTO COURT, through undersigned counsel, come Defendants LLC "Alternative" ("Alternative") and Eucla Investments Limited ("Eucla") (collectively, "Moving Defendants"), who respectfully submit this Motion to Dismiss Plaintiff's Petition Pursuant to Rules 12(b)(6), 9(b), and 12(b)(5) of the Federal Rules of Civil Procedure.  As set forth more fully in the accompanying Memorandum of Law and the Declaration of Robin B. Cheatham, filed contemporaneously herewith, the Petition should be dismissed because: (i) Plaintiff has failed to properly serve Moving Defendants in accordance with required Hague Convention procedures; (ii) Plaintiff has no standing; and (iii) each of Plaintiff's causes of action independently fails to state a claim for relief.

WHEREFORE, Moving Defendants pray that this Honorable Court: (i) dismiss with prejudice the causes of action asserted in the Petition against Moving Defendants, and (ii) grant such other and further relief to which Moving Defendants may be entitled in equity and law.

Respectfully submitted,

ADAMS AND REESE LLP

By:     */s/ Robin B. Cheatham*
Robin B. Cheatham (#4004)
Scott R. Cheatham (#31658)
4500 One Shell Square
New Orleans, LA 70139
Telephone: 504-585-0213
Facsimile: 504-566-0210
robin.cheatham@arlaw.com

-and-

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP

Stephen M. Juris (*pro hac vice* admission pending)
Neaha P. Raol (*pro hac vice* admission pending)
One New York Plaza
New York, NY 10004
(212) 859-8000
stephen.juris@friedfrank.com

*Attorneys for Defendants LLC "Alternative"
and Eucla Investments Limited*