UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Konstantin Nikolaev, | * | CIVIL ACTION NUMBER: 16-17013 |
| Plaintiff | * | SECTION: "J" (3) |
| versus | * | JUDGE CARL J. BARBIER |
| Raymond Ballard, LLC "Alternative", and Eucla Investments Limited, | * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| Defendants | * | |

## DECLARATION OF ROBIN B. CHEATHAM

ROBIN B. CHEATHAM, an attorney duly admitted to practice before this Court, hereby declares the following under penalty of perjury:

1. I am a partner at the law firm of Adams and Reese LLP, co-counsel to Defendants LLC "Alternative" ("Alternative") and Eucla Investments Limited ("Eucla") (collectively, "Moving Defendants") in the above-captioned proceeding. I submit this Declaration in support of Moving Defendants' Motion to Dismiss Plaintiff's Petition Pursuant to Rules 12(b)(6), 9(b), and 12(b)(5) of the Federal Rules of Civil Procedure.

2. I am fully familiar with the facts set forth in this Declaration and make each statement contained in this Declaration based upon my personal knowledge or upon review of the files in my possession.

3. Attached hereto as Exhibit A is a true and correct copy of the Original Petition for Damages, Declaratory Judgment, Fraud, Breach of Fiduciary Duty, and Detrimental Reliance filed by Plaintiff on October 6, 2016 in this Action (the "Petition").

4. Attached hereto as <u>Exhibit B</u> is a true and correct copy of American Ethane Company's Amended and Restated Limited Liability Company Agreement, dated April 30, 2014, which is referenced throughout Plaintiff's Petition.

5. Attached hereto as <u>Exhibit C</u> is a true and correct copy of the Action by Written Consent of the Board of American Ethane Company, LLC and the Requisite Members of American Ethane Company, LLC, dated December 1, 2015, which is the "waiver" referenced in Paragraph 43 of Plaintiff's Petition.

6. Attached hereto as <u>Exhibit D</u> is a true and correct excerpt from a Memorandum of Law filed by Plaintiff on December 27, 2016, in the Supreme Court of the State of New York, in the case captioned *Eucla Investments Limited v. Houghtaling Enterprises, LLC* et al., Index No. 655429/2016 (the "<u>New York Action</u>").

7. Attached hereto as <u>Exhibit E</u> is a true and correct copy of the Affirmation of Andrei Gomon, dated December 27, 2016, which was filed by Plaintiff in the New York Action.

Dated: New Orleans, Louisiana

January 23, 2017

*/s/ Robin B. Cheatham*
Robin B. Cheatham