ACTION BY WRITTEN CONSENT

OF

THE BOARD OF AMERICAN ETHANE COMPANY, LLC

AND

THE REQUISITE MEMBERS OF

AMERICAN ETHANE COMPANY, LLC

DECEMBER 1, 2015

This Written Consent ("**Written Consent**") of the Board of American Ethane Company, LLC, and the requisite Members of American Ethane Company, LLC, a Texas limited liability company (the "**Company**"), is executed as of December 1, 2015, pursuant to Section 6.7 (Action by Written Consent) and Section 15.10 (Amendment) of that certain Amended and Restated Limited Liability Company Operating Agreement, dated as of April 30, 2014 (as may be amended from time to time, the "**LLC Agreement**"), by the undersigned, being (i) the Directors sufficient to meet the quorum requirements set forth in Section 6.6 of the LLC Agreement to take action by written consent (the "**Board**"); and (ii) the Members holding at least 90% of the Units (the "**Requisite Members**"), as required to amend the LLC Agreement pursuant to Section 15.10 thereof, all of whom hereby take the following actions, by written consent, and hereby approve and adopt the below resolutions. Capitalized terms used herein and not otherwise defined shall have the meaning set forth in the LLC Agreement.

Unit Purchase Agreement

WHEREAS, pursuant to Section 2.03(b)(iv) of that certain Unit Purchase Agreement, dated as of _____, 2015 (as may be amended from time to time, the "**Unit Purchase Agreement**"), by and among LLC "Alternative", a limited liability company organized under the laws of the Russian Federation (the "**Seller**"), YK Holdings, LLC, a limited liability company organized under the laws of the State of Texas (the "**Buyer**"), and certain individual guarantors party thereto, the Buyer desires to purchase from Seller and the Seller desires to sell to Buyer 24,999,999 Units of the Company (the "**Company Units**") for an aggregate purchase price of $18,750,000 (the "**Purchase Price**"), pursuant to the terms and subject to the conditions set forth in the Unit Purchase Agreement, a copy of which has been presented to and reviewed by the undersigned Directors and Members; and

WHEREAS, the Board and the Requisite Members deem it advisable and in the best interests of the Company to ratify, authorize, adopt and approve the Unit Purchase Agreement and the transactions contemplated thereby;

NOW, THEREFORE, BE IT RESOLVED, that the Board and the Requisite Members of the Company hereby consent to the transfer and sale of the Company Units from Seller to Buyer for the Purchase Price; and

RESOLVED, that the form, terms and provisions of the Unit Purchase Agreement, together with the exhibits and schedules thereto, a copy of which has been submitted to each undersigned Director and Member, be and they hereby are, in all respects, authorized, adopted and approved; and

RESOLVED FURTHER, that the Company, through the undersigned Directors and Members, be, and hereby is, authorized to execute and deliver any reasonably required document

Exhibit "C"

for the consummation and one or more closing(s) of the Unit Purchase Agreement (the "Closings"), with such changes therein as the Company shall, by execution thereof, approve, and to take all other actions which shall be necessary, advisable or appropriate in order to carry out the purposes of any and all of the foregoing resolutions.

Waiver of Certain Provisions in LLC Agreement

WHEREAS, the LLC Agreement provides for a Lock-Up Period and certain restrictions on transfers of Units, including, without limitation, those restrictions on transfer more specifically outlined in Article IX (Transfer) of the LLC Agreement; and

WHEREAS, the Board and the Requisite Members deem it advisable and in the best interest of the Company to waive all applicable provisions of the LLC Agreement (including, without limitation, those restrictive provisions contained in Article IX) that could, without such waiver, prevent, condition, delay, nullify or void, in part or in whole, the sale of the Company Units to Buyer, or any other transaction or action contemplated by the Unit Purchase Agreement, the Closings, and the consummation thereof.

NOW, THEREFORE, BE IT RESOLVED, that the Board and the Requisite Members of the Company hereby, waive all applicable provisions of the LLC Agreement (including, without limitation, those restrictive provisions contained in Article IX) (the "Waiver"), such that the Company hereby expressly acknowledges and agrees that the consummation of the Unit Purchase Agreement, the Closings and the transactions contemplated thereby shall not be prevented, conditioned, delayed, nullified or voided, in part or in whole by virtue of any restriction on transfer or lock-up period contained in the LLC Agreement.

RESOLVED FURTHER, that the Waiver shall additionally apply and extend to any subsequent transfer(s), assignment(s), encumbrance(s), or other disposition(s) of the Company Units, in whole or in part, by YK Holdings, LLC during the Lock-Up Period.

RESOLVED FURTHER, that any of the officers of the Company be and each such officer hereby is, authorized to execute and deliver any and all documents or instruments relating thereto, with such changes therein as the officer executing the same shall, by execution thereof, approve, and to take all other actions which in such officer's opinion shall be necessary, advisable or appropriate in order to carry out the purposes of any and all of the foregoing resolutions, including, but not limited to any required amendments to the Percentage Interest and Units of any Member, which shall be set forth on the Member Schedule of the LLC Agreement in connection with the Closings.

General

NOW THEREFORE, BE IT RESOLVED, that the officers of the Company be and each of them hereby is, authorized and directed, on behalf of the Company, to take or cause to be taken any and all actions and to execute, deliver and/or file, or cause to be executed, delivered and/or filed, any agreements, notifications, certifications, and other documents, and to incur all such fees and expenses, as such officer may approve as necessary or desirable to carry out the actions and transactions contemplated by, arising out of our relating to any of the foregoing resolutions, such action, execution, delivery and/or filing to be conclusive evidence of such approval;

RESOLVED FURTHER, that all actions heretofore take by any officer of the Company that are consistent with the purposes and intent of the foregoing resolutions and the transactions contemplated thereby and hereby be, and hereby are, approved, ratified and confirmed in all respects; and

RESOLVED FURTHER, that this Written Consent may be executed in counterparts, each of which shall be deemed an original and all of which, taken together, shall constitute one instrument.

*[Signature pages follow.]*

IN WITNESS WHEREOF, the undersigned, being the Directors and Members of American Ethane Company, LLC, as outlined hereinabove, have executed this Written Consent as of the date first written above

**INVESTOR DIRECTOR:**

LLC "ALTERNATIVE",
As the Investor Director

By: */signature/*
Name: M. V. Krasnov
Title: General Director

**MANAGEMENT DIRECTORS:**

By: */signature/*
Name: Michael Yuriev
Title: Management Director

By: */signature/*
Name: Andrey Kunatbaev
Title: Management Director

By: */signature/*
Name: John W. Houghtaling
Title: Management Director

**MEMBERS:**

LLC "ALTERNATIVE",
As a Member

By: */signature/*
Name: M. V. Krasnov
Title: General Director

AMSHALE ENERGY, LLC
As a Member

By: _____

Name: _KUNATBAEV A.K._
Title: _it's MANAGING MEMBER_