SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------ X
                                           :
                                           :
                                           :
                                           :
                                           :
EUCLA INVESTMENTS LIMITED,                 : Index No.: 655429/2016
                                           :
                        Plaintiff,         :
                                           :
            - against -                    :
                                           :
HOUGHTALING ENTERPRISES, LLC A/K/A H       :
VENTURES LLC, ANDREY KUNATBAEV,            :
KONSTANTIN NIKOLAEV, AND MIKHAIL YURIEV,   :
                                           :
                        Defendants.        :
                                           :
                                           :
                                           :
                                           :
                                           :
------------------------------------------ X

**DEFENDANT KONSTANTIN NIKOLAEV'S MEMORANDUM OF LAW IN
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN LIEU OF
COMPLAINT AND IN SUPPORT OF HIS CROSS-MOTION TO DISMISS**

Exhibit "D"

Second, not content with violating the "No Transfer" provision of the LLC Agreement, the purchase price for at least the initial tranche of LLC Alternative's shares was obtained by YK Holdings through a loan from American Ethane itself. In substance, therefore, LLC Alternative, through the guise of the Unit Purchase Agreement, recovered approximately 25% of its initial capital contribution into American Ethane, despite the fact that Section 5.5 of the LLC Agreement prohibited such a return of capital.[5]

### III. Eucla and LLC Alternative's Actions Force Amshale into Bankruptcy

Faced with the fact that its sole substantive asset, American Ethane, had been stripped of over $6 million, depriving it of operating funds, and depriving Amshale of funds with which it could begin to pay back Eucla, Amshale was faced with no alternative but to file for bankruptcy, which it did, on or about September 26, 2016. Eucla Ex. G. That bankruptcy proceeding is currently ongoing in Texas.

### IV. Nikolaev Commences the New Orleans Action

After discovering the clandestine scheme carried out by Eucla's principals and others, Mr. Nikolaev commenced a proceeding in New Orleans. *See* Behrman Aff., Ex. C. In his petition against Eucla, LLC Alternative, and American Ethane's CFO, Mr. Nikolaev laid out the background to the project and the parties' agreements, as well as the actions taken by Eucla's principals (through LLC Alternatives) and others. *See generally id*.

Mr. Nikolaev's petition set forth a number of claims for relief, including breach of the Louisiana Unfair Trade Practices Act, breach of fiduciary duty and, critically, a declaratory judgment "that the bad actions of LLC Alternative and others nullify [Mr. Nikolaev's] guarantee under the Eucla Loan Agreement." *Id.*, ¶ 67.

---

[5] The status of the second tranche is unclear at the present time, although Mr. Nikolaev understands that LLC Alternative has commenced an arbitration against YK Holdings as well as Mr. Yuriev and Mr. Kunatbaev in connection with that transaction.