**SUPREME COURT OF THE STATE OF NEW YORK**
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EUCLA INVESTMENTS LIMITED,                                Index No.: 655429/2016

               Plaintiff,

- against -

HOUGHTALING ENTERPRISES, LLC A/K/A H
VENTURES LLC, ANDREY KUNATBAEV,
KONSTANTIN NIKOLAEV, AND MIKHAIL YURIEV,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**AFFIRMATION OF ANDREI GOMON IN OPPOSITION TO PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT IN LIEU OF COMPLAINT AND IN SUPPORT OF
DEFENDANT KONSTANTIN NIKOLAEV'S CROSS-MOTION TO DISMISS**

    ANDREI GOMON hereby affirms the following under penalty of perjury pursuant to

CPLR 2106(b):

    1. I am an assistant to defendant Konstantin Nikolaev, involved in running his various

business projects. I have personal knowledge of the matters set forth herein.

    2. I have been involved with the project out of which this dispute arises since 2013.

    3. In 2013, Mr. Nikolaev began studying the oil and gas infrastructure in Louisiana. Some

time later in 2013, Mr. Nikolaev learned of a location in Louisiana that presented an opportunity

to develop an oil and gas project.

Active 30445872.1                                     1

*A.G.*

Exhibit "E"

4. Mr. Nikolaev (and others) established a Louisiana company called Lafert, LLC and contributed millions of dollars in engineering work and infrastructure studies in order to take advantage of that opportunity.

5. In late 2013, principals of plaintiff Eucla Investments Limited, were informed that Mr. Nikolaev had established a project in Louisiana through which it would be possible to invest in the downstream infrastructure associated with the shale gas discovery in the United States.

6. Based upon this knowledge and subsequent information provided to Eucla's principals by Mr. Nikolaev and others, Eucla's principals, through another entity under their common control, named LLC Alternative, agreed to negotiate a deal with Mr. Nikolaev and his other partners.

7. In January 2014, the parties reached agreement on investing in the proposed project through a new company, which would acquire the assets previously developed by Lafert, LLC.

8. LLC Alternative contributed $25 million in initial capital contributions to the new project company, which was named American Ethane Company, LLC.

9. Mr. Nikolaev also invested in American Ethane, but did so through a holding company, Amshale Energy. Three other individuals also invested through Amshale - Mikhail Yuriev, Andrey Kunatbaev, and John Houghtaling. Mr. Houghtaling invested in Amshale through another limited liability company.

10. In order to make its initial capital contribution to American Ethane of $23.75 million, Amshale borrowed $18.75 million from Eucla and an additional $5 million from Mr. Nikolaev. The $5 million loan was provided by his entity called Bluebell Investment Trading, Inc.

11. American Ethane Company was incorporated in February 2014, and in April 2014, the parties entered into American Ethane Company's Amended and Restated Limited Liability Company Agreement.

12. Numerous provisions of that LLC Agreement were included to protect the rights of the investors and to ensure that American Ethane would have sufficient funding (from the initial capital contributions) to conduct its operations. These provisions included strict limitations on transfers of shares, and a bar to the investors taking out their initial capital contributions.

13. At some point in the second half of September 2016, Mr. Nikolaev discovered that (despite the strict limitations discussed above) LLC Alternative had entered into an agreement with an entity called YK Holdings LLC, which was owned by Mr. Yuriev and Mr. Kunatbaev.

14. Pursuant to that agreement, YK Holdings agreed to purchase LLC Alternative's 50% ownership interest in American Ethane.

15. In addition, the payment for the first half of LLC Alternative's shares (over $6 million) was actually obtained by YK Holdings through a loan from American Ethane itself.

16. At no point prior to the second half of September 2016, did Mr. Nikolaev know of the transaction between LLC Alternative and YK Holdings.

I affirm this 27th day of December 2016, under penalties of perjury under the laws of New York, which may include a fine or imprisonment, that I am physically located outside the geographic boundaries of the United States, Puerto Rico, the United States Virgin Islands, or any territory or insular possession subject to the jurisdiction of the United States, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: December 27, 2016

_Andrei Gomon_
Andrei Gomon