## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KONSTANTIN NIKOLAEV,**<br><br>**Plaintiff**<br>**VERSUS**<br><br>**RAYMOND BALLARD, LLC "ALTERNATIVE",**<br>**AND EUCLA INVESTMENTS LIMITED,**<br><br>**Defendants** | **NO. 16-17013**<br><br>**SECTION: "J" (3)**<br><br>**JUDGE CARL J. BARBIER**<br><br>**MAGISTRATE JUDGE**<br>**DANIEL E. KNOWLES, III** |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Konstantin Nikolaev hereby voluntarily dismisses the above-captioned matter with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ James M. Williams*
_____
JAMES M. WILLIAMS (#26141)
*Chehardy, Sherman, Williams, Murray,*
*Recile, Stakelum & Hayes, LLP*
One Galleria Blvd., Suite 1100
Metairie, LA 70001
Tel: (504) 833-5600
Fax: (504) 833-8080
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 20, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                   */s/ James M. Williams*
                                        _____